# Court of Appeals
# of the State of Georgia

ATLANTA,   February 04, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0979. LISA MORGAN v. IH2 PROPERTY GEORGIA, L. P.**

Appellee IH2 Property Georgia, L. P. filed a dispossessory action against Lisa Morgan in magistrate court. The magistrate court ruled in favor of IH2 Property Georgia, and Morgan appealed to superior court. By order entered November 18, 2014, the superior court issued a writ of possession to IH2 Property Georgia. On November 19, 2014, Morgan filed this notice of appeal. We lack jurisdiction.

When a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Here, Morgan filed an application for discretionary appeal, as well as a notice of appeal. Morgan's application for discretionary appeal was denied on September 24, 2014. *Morgan v. IH2 Property Georgia*, Application No. A15D0016. Because Morgan is not entitled to a direct appeal, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   02/04/2015
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*